UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CAPELLA PHOTONICS, INC.<br><br>　　　　　　　　Defendant(s). | Case No: 20-cv-7629-WHO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Jonathan Auerbach, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FINISAR CORPORATION in the above-entitled action. My local co-counsel in this case is Cheryl S. Chang, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Radulescu LLP,<br>5 Penn Plaza, 19th Fl, New York, NY 10001 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Cheryl S. Chang \| Blank Rome \| 2029 Century Park East, 6th Fl., Los Angeles, CA 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(646) 502-5950 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(424) 239-3400 |
| MY EMAIL ADDRESS OF RECORD:<br>jon@radip.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Chang@BlankRome.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: N/A.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/28/20

　　　　　　　　　　　　　　　　　　　　　　　Jonathan Auerbach
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Jonathan Auerbach is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　[signature: W. H. Orrick]
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　[GRANTED stamp — Judge William H. Orrick]