Cheryl S. Chang (SBN 237098)
BLANK ROME LLP
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

David C. Radulescu, Ph.D. (*pro hac vice*)
david@radip.com
Etai Lahav (*pro hac vice*)
etai@radip.com
Jonathan Auerbach (*pro hac vice*)
jonathan@radip.com
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

***Attorneys for Plaintiff Finisar Corp.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINISAR CORPORATION,<br>　　　　Plaintiff,<br><br>　v.<br><br>CAPELLA PHOTONICS, INC.,<br><br>　　　　Defendant. | Case No. 3:20-cv-07629-EMC<br><br>**DECLARATION OF CRAIG CAMERON IN SUPPORT OF PLAINTIFF FINISAR CORP.'S MOTION FOR PRELIMINARY INJUNCTION OF CAPELLA PHOTONICS, INC.'S CO-PENDING CLAIMS AGAINST FINISAR'S CUSTOMERS**<br><br>**Date: January 14, 2021**<br>**Time: 1:30 PM**<br>**Courtroom: Courtroom 5 – 17th Floor**<br><br>**Hon. Edward M. Chen** |

I, Craig Cameron, hereby declare as follows:

DECLARATION OF CRAIG CAMERON IN SUPPORT OF PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

1. I am currently employed by Finisar Australia PTY Ltd, a subsidiary of Plaintiff Finisar Corporation ("Finisar"). My current position is Director of Marketing, which I have held for 2 years. Prior to that, I was a Product Line Manager for 8 years. I make this declaration based on my own personal knowledge and, if called to testify as a witness, I could and would competently do so under oath.

2. As Director of Marketing, I am familiar with Finisar's Wavelength Selective Switch products ("WSSs"), including WSSs using the Dynamic Wavelength Processor platform ("DWP"), the Edge Wavelength Processor platform ("EWP"), the single low profile platform ("SLP"), and the Dual platform. I am also familiar with the customers of Finisar's DWP, EWP, SLP, and Dual WSS products.

3. Finisar's DWP, EWP, SLP, and Dual WSS products are all based on Liquid Crystal on Silicon ("LCOS") technology. None of these products are based on movable mirrors using Micro-Electro-Mechanical Systems ("MEMS") technology.

4. Finisar provides one or more of its DWP, EWP, SLP, and Dual WSS products to customers including Tellabs, Infinera, Coriant, and Fujitsu. It does not provide any MEMS-based WSS products to those customers.

5. Finisar has indemnification obligations to Tellabs, Infinera, Coriant, and Fujitsu with respect to the WSS products that it supplies to those customers.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Craig Cameron

Dated: December 2, 2020

DECLARATION OF CRAIG CAMERON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION