Cheryl S. Chang (SBN 237098)
BLANK ROME LLP
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

David C. Radulescu, Ph.D. (*pro hac vice*)
david@radip.com
Etai Lahav (*pro hac vice*)
etai@radip.com
Jonathan Auerbach (*pro hac vice*)
jonathan@radip.com
RADULESCU LLP
5 Penn Plaza, 19th Floor
New York, NY 10001
Telephone: (646) 502-5950
Facsimile: (646) 502-5959

*Attorneys for Plaintiff Finisar Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FINISAR CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPELLA PHOTONICS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-07629-EMC<br><br>**DECLARATION OF ETAI LAHAV IN SUPPORT OF PLAINTIFF FINISAR CORPORATION'S MOTION FOR PRELIMINARY INJUNCTION OF CAPELLA PHOTONICS, INC.'S CO-PENDING CLAIMS AGAINST FINISAR'S CUSTOMERS** |

DECLARATION OF E. LAHAV IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Etai Lahav, declare:

I am an attorney duly licensed to practice law in New York, and duly admitted *pro hac vice* in this action. I am a partner in the law firm Radulescu LLP and counsel of record for Plaintiff Finisar Corporation ("Finisar") in the above-captioned action. I make this declaration based on my own personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Capella Photonics, Inc.'s Disclosure of Asserted Claims and Infringement Contentions to Infinera Corporation, Tellabs, Inc., Tellabs Operations Inc., Coriant America Inc. and Coriant (USA) Inc. in related case, *Capella Photonics, Inc. v. Infinera Corporation, et al.*, Case No. 2:20-cv-0077-JRG (E.D. Tex.), dated May 25, 2020.

2. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Capella Photonics, Inc.'s Disclosure of Asserted Claims and Infringement Contentions to Fujitsu Network Communications, Inc., in related case, *Capella Photonics, Inc. v. Fujitsu Network Communications, Inc.,* Case No. 2:20-cv-0076-JRG (E.D. Tex.), dated July 27, 2020.

3. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Reissued Patent No. 47,905.

4. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Reissued Patent No. 47,906.

5. Attached hereto as Exhibit 5 is a true and correct copy of Memorandum Opinion of United States District Judge George L. Russell, III in *Capella Photonics, Inc. v. Ciena Corporation*, Civ. Action No. GLR-20-702 (D. Md.), dated December 1, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

1 | Executed this 10th day of December, 2020.

By:   /s/ *Etai Lahav*
      Etai Lahav

***Attorney for Plaintiff***
**Finisar Corp.**

2
DECLARATION OF E. LAHAV IN SUPPORT OF PLAINTIFF'S MOTION FOR INJUNCTION