Robert D. Becker (CA Bar No. 160648)
rbecker@manatt.com
Christopher L. Wanger (CA Bar No. 164751)
cwanger@manatt.com
Hilary Soloff (CA Bar No. 314727)
hsoloff@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Charles Kertell (CA Bar No. 181214)
ckertell@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 271-2500
Facsimile: (714) 371-2550
Attorneys for Defendant
CAPELLA PHOTONICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAPELLA PHOTONICS, INC.,<br><br>Defendant. | No. 3:20-cv-07629-EMC<br><br>**DECLARATION OF ROBERT D. BECKER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OF DEFENDANT'S CO-PENDING LITIGATION**<br><br>Hearing Date: January 14, 2021<br>Time:  1:30 p.m.<br>Courtroom:  5 (17th Floor)<br><br>Hon. Edward M. Chen |

1  I, Robert D. Becker, hereby declare:

2  1. I am an attorney at law and a partner with the law firm of Manatt, Phelps & Phillips, LLP, counsel for Defendant Capella Photonics, Inc. ("Capella") in the above-captioned matter. This firm also represents Capella in the following actions: (1) *Capella Photonics, Inc. v. Infinera Corp., et al.*, Civil Action No. 2:20-CV-0077-JRG (E.D. Tex., filed March 16, 2020) (the "*Infinera* Action"); (2) *Capella Photonics, Inc. v. Fujitsu Network Communications, Inc.*, Civil Action No. 2:20-CV-0076-JRG (E.D. Tex., filed March 16, 2020) (the "*Fujitsu* Action"); (3) *Cisco Systems, Inc. v. Capella Photonics, Inc.*, Civil Action No. 3:2020-CV-01858 (N.D. Cal., filed March 16, 2020) (the "*Cisco* Action") and (4) *Capella Photonics, Inc. v. Ciena Corporation*, Civil Action No. 4:20-cv-08628-JSW (N.D. Cal., filed March 17, 2020).

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant selections from the transcript of the December 17, 2020 deposition of Craig Cameron, which was designated as confidential by counsel for Plaintiff Finisar Corporation.

3. Attached hereto as **Exhibit B** is a true and correct copy of a website I accessed on December 24, 2020 via the following URL:

https://en.wikipedia.org/wiki/Wavelength_selective_switching.

4. Attached hereto as **Exhibit C** is a true and correct copy of a website I accessed on December 24, 2020 via the following URL:

https://www.fujitsu.com/us/products/network/products/flashwave-7500/index.html

5. Attached hereto as **Exhibit D** is a true and correct copy of a website I accessed on December 24, 2020 via the following URL: https://fccid.io/ANATEL/04400-13-00053/7300_Manual/5B15FC5C-201A-4D24-A8DC-AA8D6DA0BA17/PDF

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. Attached hereto as **Exhibit E** is a true and correct copy of a website I accessed on December 24, 2020 via the following URL: https://www.marketwatch.com/press-release/strategic-trends-in-global-wavelength-selective-switch-wss-market-2020-share-size-growth-and-future-demand-by-major-players-trending-technologies-potential-revenue-analysis-2026-2020-11-02?tesla=y

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of December, 2020 in Los Angeles, California.

/s/ Robert D. Becker
Robert D. Becker

327166834.1