OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** February 4, 2021     **Time:** 2:18-3:12= 54 Minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 20-cv-07629-EMC
Related to 20-cv-01858-EMC
14-cv-03348-EMC

**Case Name:** Finisar Corporation v. Capella Photonics, Inc.
Cisco Systems, Inc. v. Capella Photonics, Inc.
Capella Photonics, Inc. v. Cisco Systems, Inc.

**Attorneys for Plaintiff:** David Radulescu, Etai Lahav
**Attorneys for Defendant:** Robert Becker, Chris Wanger

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** JoAnn Bryce

### PROCEEDINGS HELD BY ZOOM WEBINAR

[28] Motion for Preliminary Injunction;
[29] Motion to Dismiss - held;
Initial Case Management Conference- not held.

### SUMMARY

Parties stated appearances and proffered argument. The parties are to meet and confer to see if they can resolve this dispute, and will file a joint status report with this Court on or before 2/18/21. The Court will have a status conference a week later on 2/25/2021 at 10:30AM.