Robert D. Becker (CA Bar No. 160648)
*rbecker@manatt.com*
Christopher L. Wanger (CA Bar No. 164751)
*cwanger@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Charles Kertell (CA Bar No. 181214)
*ckertell@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 271-2500
Facsimile: (714) 371-2550
Attorneys for Defendant,
CAPELLA PHOTONICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPELLA PHOTONICS, INC.,<br><br>　　　　Defendant. | No. 3:20-cv-07629-EMC<br><br>**OPPOSITION TO REQUEST FOR ADMINISTRATIVE CLOSURE AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(b)** |

1  Defendant, Capella Photonics, Inc. ("Capella"), hereby respectfully requests that the Court enter an Order dismissing this action with prejudice pursuant to F.R.C.P Rule 41(b).  On March 3, 2021, the Court entered an Order (Dkt. # 61) granting Capella's motion to dismiss the complaint of Plaintiff Finisar Corporation ("Finisar") pursuant to F.R.C.P. Rule 12(b)(1) and ordered Finisar to file its amended complaint within thirty (30) days (the "Order"). Finisar failed to comply with the Order and did not file an amended complaint or provide timely notice of its intent not to amend. On May 20, 2021, Capella notified Finisar of Finisar's contempt of the Order and of Capella's intent to request dismissal of this action with prejudice pursuant to Rule 41(b). Capella asked Finisar to advise it if Finisar had any objection to such a dismissal. The next day, Finisar filed a belated Notice of Intent Not to File an Amended Complaint and suggested that the action could be "administratively close[d]". (See Dkt. # 64.)

Capella hereby opposes an administrative closure of the action and requests that the Court dismiss this action with prejudice pursuant to F.R.C.P Rule 41(b) as required under *Toyota Landscape Co., Inc. v. Building Material & Dump Truck Drivers Local 420* (9th Cir. 1984) 726 F2d 525, 528.  *See also Yourish v. California Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999); and *Edwards v. Marin Park, Inc.* (9th Cir. 2004) 356 F.3d 1058, 1064-1065.

A proposed order of dismissal is attached hereto as Exhibit A.

Dated:  May 21, 2021

MANATT, PHELPS & PHILLIPS, LLP
By: */s/ Robert D. Becker*
Robert D. Becker

Attorneys for Defendant
CAPELLA PHOTONICS, INC.

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12  FINISAR CORPORATION,                    No. 3:20-cv-07629-EMC

13              Plaintiff,                  **[PROPOSED] ORDER OF DISMISSAL OF ACTION WITHJ PREJUDICE PURSUANT TO F.R.C.P. RULE 41(b)**

14       v.

15  CAPELLA PHOTONICS, INC.,

16              Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

On March 3, 2021, the Court entered an Order (Dkt. # 61) granting the motion of Defendant, Capella Photonics, Inc. to dismiss the complaint of Plaintiff, Finisar Corporation ("Finisar"), pursuant to F.R.C.P. Rule 12(b)(1) and ordered Finisar to file its amended complaint within thirty (30) days (the "Order"). Finisar failed to comply with the Order and did not file an amended Complaint or provide timely notice of its intent not to amend. Accordingly, this action is dismissed with prejudice pursuant to F.R.C.P Rule 41(b). See *Toyota Landscape Co., Inc. v. Building Material & Dump Truck Drivers Local 420* (9th Cir. 1984) 726 F2d 525, 528; *Yourish v. California Amplifier*, 191 F.3d 983, 986 (9th Cir. 1999); and *Edwards v. Marin Park, Inc.* (9th Cir. 2004) 356 F.3d 1058, 1064-1065.

**IT IS SO ORDERED**

Dated: May ___, 2021                                          _____

EDWARD M. CHEN

United States District Court Judge